841 A.2d 1033

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Thomas LOUIE, Respondent.**

**No. 881 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 29, 2003.

*O R D E R*

PER CURIAM:

AND NOW, this 29th day of December, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 10, 2003, it is hereby

ORDERED that THOMAS LOUIE be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.